MILTON LAND & INVESTMENT COMPANY, A CORPORATION,
*Appellant,* v. G. H. CARTLEDGE, JR., AND STELLA CART-
LEDGE, HIS WIFE; GEORGE M. FORMAN AS AN INDIVIDUAL;
GEORGE M. FORMAN AND HERMAN HACHMEISTER AS CO-
PARTNERS UNDER THE FIRM NAME AND STYLE OF GEORGE
M. FORMAN & COMPANY; HEINE F. BUSCH AND J. W.
HINSON, *Appellees.*

Decision Filed October 31, 1923.

This case was decided by Division A.

An Appeal from a Decree of the Circuit Court within
and for the County of Jackson; C. L. Wilson, Judge.

*Wm. B. Farley,* for Appellant;

*Thos. E. Walker* and *John H. Carter,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said decree; it is, therefore, considered,
ordered and decreed by the Court that the said decree of
the Circuit Court be, and the same is hereby, affirmed.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur.